IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00628-ZLW-BNB

BETHANY AVILA,

Plaintiff,

v.

IRON MOUNTAIN INDUSTRIES, INC., a foreign corporation conducting business in Colorado as Longero, Inc., and
LONGERO, INC., also known as Iron Mountain Industries, conducting business in Colorado,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Vacate and Reset Scheduling/Planning Conference** [docket no. 9, filed June 11, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS ORDERED that the Scheduling Conference set for July 1, 2010 is **vacated and reset to July 12, 2010 at 8:30 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 5, 2010**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED the parties shall comply with the mandatory disclosure requirements of Fed.R.Civ.P.26(a)(1) on or before **July 5, 2010.**

DATED: June 14, 2010