IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00628-MEH-BNB

BETHANY AVILA,

Plaintiff,

v.

IRON MOUNTAIN INDUSTRIES, INC., a foreign corporation conducting business in Colorado as Longero, Inc., and

Defendant.

---

**ORDER**
---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 23, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 9, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge