IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00628-MEH-BNB

BETHANY AVILA,

    Plaintiff,

v.

IRON MOUNTAIN INDUSTRIES, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation for Dismissal [docket #32]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

Dated in Denver, Colorado, this 15th day of September, 2010.

                                        BY THE COURT:

                                        *Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge